JAMES A. HEARD, State Bar No. 114940
MARK L. MOSLEY, State Bar No. 136449
MELANIE SENGUPTA, State Bar No. 244615
MACKENZIE & ALBRITTON LLP
155 Sansome Street, Suite 800
San Francisco, CA 94104
Telephone: (415) 288-4000
Facsimile: (415) 288-4010
Emails:   jheard@mallp.com
          mmosleyesq@gmail.com
          m.sengupta@mallp.com

Attorneys for Defendants SACRAMENTO-VALLEY LIMITED PARTNERSHIP, d/b/a VERIZON WIRELESS and GUILLIAM NEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MONICA EISENSTECKEN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>TAHOE REGIONAL PLANNING AGENCY, et al.,<br><br>Defendants. | Case No. 2:20-cv-02349-TLN-CKD<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND EXCEED PAGE LIMITS**<br><br>Filed:       November 24, 2020<br>Trial Date:  None Set |

Plaintiffs Monica Eisenstecken, Tahoe Stewards, LLC, Tahoe for Safer Tech, and Environmental Health Trust, and Defendants Tahoe Regional Planning Agency, Joanne Marchetta, in her official and individual capacities, Marsha Berkbigler, in her official and individual capacities, Sue Novasel, in her official and representative capacities, Guilliam Nel, Tahoe Prosperity Center, Inc., and Sacramento Valley Limited Partnership, doing business as

Verizon Wireless ("Verizon Wireless"), collectively, the "Stipulating Parties," stipulate as follows:

1.  The Plaintiffs filed their Petition for Writ of Mandate and Complaint for Declaratory Relief and on November 24, 2020 (Dkt. 1) and their Amended Petition for Writ of Mandate and Complaint for Declaratory Relief on December 10, 2020 (Dkt. 5) (the "Amended Complaint").

2.  The Defendants have waived service of the Amended Complaint, and absent an extension, the latest date for the Defendants to respond to the Amended Complaint would be February 16, 2021.

3.  The Defendants need a fifteen (15) day extension of time to respond to the Amended Complaint given the number of parties and complexity of this case, and such extension is acceptable to Plaintiffs. This is the first such extension requested by any Defendant.

4.  In addition, Defendants intend to file one or more motions to dismiss the Amended Complaint. Due to the length and complexity of the complaint, which contains 13 causes of action, the Stipulating Parties believe that briefs in support of and opposition to the motion(s) to dismiss will require more pages than the Court's standing order would normally permit. In order to allow adequate presentation of the issues, the Stipulating Parties request that the Court allow up to 25 pages for any motion to dismiss or opposition, and up to 15 pages for reply briefs in support of any motion to dismiss.

IT IS SO STIPULATED.

Dated: February 12, 2021

_/s/ Mark S. Pollock_____
MARK S. POLLOCK
Attorney for Plaintiffs
MONICA EISENSTECKEN, TAHOE STEWARDS, LLC, TAHOE FOR SAFER TECH, and ENVIRONMENTAL HEALTH TRUST

_/s/ John L. Marshall_____
JOHN L. MARSHALL
Attorney for Defendants
TAHOE REGIONAL PLANNING AGENCY,
JOANNE MARCHETTA, MARSHA
BERKBIGLER, and SUE NOVASEL


REMY MOOSE MANLEY LLP


_/s/ Howard Wilkins, III_____
HOWARD WILKINS III
Attorneys for Defendant
TAHOE PROSPERITY CENTER, INC.


MACKENZIE & ALBRITTON LLP

/s/ James A. Heard

_____
JAMES A. HEARD
Attorneys for Defendants
SACRAMENTO VALLEY LIMITED
PARTNERSHIP, d/b/a VERIZON WIRELESS and
GUILLIAM NEL

**ORDER**

Pursuant to stipulation of the parties, and good cause being shown, it is hereby ORDERED and ADJUDGED that:

1. Defendants shall have until March 3, 2021, to respond to the Amended Complaint; and

2. For any motion to dismiss the Amended Complaint, the following page limits shall apply: 25 pages for opening and opposition briefs, and 15 pages for reply briefs.

IT IS SO ORDERED.

Dated: February 12, 2021

_____
Troy L. Nunley
United States District Judge