Gregg R. Lien
Attorney at Law, Bar 69620
P.O. Box 7442
Tahoe City, CA 96145
530-583-8500, lakelaw@sierratahoe.net

Mark S. Pollock SBN 80539
POLLOCK & JAMES, LLP
1827 Clay Street, Ste. 300
Napa, CA 94559
707- 257-3089, mpollock@pollockandjames.com

Attorneys for Plaintiffs MONICA EISENSTECKEN,  TAHOE STEWARDS, LLC, TAHOE FOR SAFER TECH, AND ENVIRONMENTAL HEALTH TRUST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA EISENSTECKEN, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>TAHOE REGIONAL PLANNING AGENCY, et al.,<br><br>Defendants. | No. 2:20-CV-02349-TLN-CKD<br><br>STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTIONS AND CONTINUE HEARING DATE<br><br>Filed:     November 24, 2020<br>Trial date:   None Set |

Plaintiffs Monica Eisenstecken, Tahoe Stewards, LLC, Tahoe for Safer Tech, and Environmental Health Trust, and Defendants Tahoe Regional Planning Agency, Joanne Marchetta, in her official and individual capacities, Marsha Berkbigler, in her official and individual capacities, Sue Novasel, in her official and representative capacities, Guilliam Nel, Tahoe Prosperity Center, Inc., and Sacramento Valley Limited Partnership, doing business as

1

Verizon Wireless ("Verizon Wireless"), collectively, the "Stipulating Parties," stipulate as follows:

1. The Plaintiffs filed their Petition for Writ of Mandate and Complaint for Declaratory Relief and on November 24, 2020 (Dkt. 1) and their Amended Petition for Writ of Mandate and Complaint for Declaratory Relief on December 10, 2020 (Dkt. 5)(the "Amended Complaint").

2. The Defendants have waived service of the Amended Complaint, and have filed motions to dismiss, which are collectively set for hearing on April 1, 2021.

3. The Plaintiffs need an extension of time to respond to the motions given the number of parties and complexity of this case, and such extension is acceptable to Defendants.  This is the first such extension requested by any Plaintiff.

4. The parties hereby stipulate that the hearing date may be continued to May 13, 2021, with opposition paperwork due on April 15, 2021 and reply brief due on May 6, 2021.

IT IS SO STIPULATED.

Dated: March 16, 2021

-/s/ Mark S. Pollock _____
MARK S. POLLOCK
Attorney for Plaintiffs
MONICA EISENSTECKEN, TAHOE STEWARDS, LLC, TAHOE FOR SAFER TECH, and ENVIRONMENTAL HEALTH TRUST

-/s/ John L. Marshall_____
JOHN L. MARSHALL
Attorney for Defendants
TAHOE REGIONAL PLANNING AGENCY, JOANNE MARCHETTA, MARSHA BERKBIGLER, and SUE NOVASEL

                                          MACKENZIE & ALBRITTON LLP

                                          -/s/ Melanie Sengupta _____

                                          MELANIE SENGUPTA
                                          Attorneys for Defendants
                                          SACRAMENTO VALLEY LIMITED
                                          PARTNERSHIP, d/b/a VERIZON
                                          WIRELESS and GUILLIAM NEL

## ORDER

Pursuant to stipulation of the parties, and good cause being shown, it is hereby ORDERED and ADJUDGED that:

1. Plaintiffs shall have until April 15, 2021 to respond to the motions to dismiss and

2. Defendants shall have until May 6, 2021 to file Reply Briefs.

3. The hearing on all motions are continued to May 13, 2021, at 2:00 p.m.

IT IS SO ORDERED.

Dated: March 18, 2021

                                          Troy L. Nunley
                                          United States District Judge