Debbie Leonard (#226547)
Leonard Law, PC
955 South Virginia Street, Suite 220
Reno, Nevada 89502
(775) 964-4656
debbie@leonardlawpc.com

John L. Marshall (#145570)
General Counsel
Tahoe Regional Planning Agency
P.O. Box 5310
Stateline NV 89449-5310
(775) 588-4547
jmarshall@trpa.org

*Attorneys for Tahoe Regional Planning Agency, Joanne Marchetta, Marsha Berkbigler and Sue Novasel*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA EISENTECKEN, TAHOE STEWARDS, LLC, TAHOE FOR SAFER TECH, and ENVIRONMENTAL HEALTH TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>TAHOE REGIONAL PLANNING AGENCY; JOANNE MARCHETTA, in her official and individual capacities, MARSHA BERKBIGLER in her official and individual capacities; SUE NOVASEL, in her official and representative capacities; GUILLIAM NEL; TAHOE PROSPERITY CENTER, INC.; SACRAMENTO-VALLEY LIMITED PARTNERSHIP dba VERIZON WIRELESS, and DOES 1-100,<br><br>Defendants. | 2:20-cv-02349-TLN-CKD<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE REPLIES IN SUPPORT OF THEIR MOTIONS TO DISMISS** |

Pursuant to Local Rule 144, Plaintiffs Monica Eisenstecken, Tahoe Stewards, LLC, Tahoe for Safer Tech and Environmental Health Trust, and Defendants Tahoe Regional Planning Agency, Joanne Marchetta, Marsha Berkbigler and Sue Novasel (collectively, the "TRPA Defendants") and Defendants Guilliam Nel and Sacramento-Valley Limited Partnership dba Verizon Wireless (collectively, the "Verizon Defendants"), through their respective undersigned counsel, stipulate and agree as follows:

On March 3, 2021, the TRPA Defendants filed their Notice of Motion, Motion to Dismiss and Brief in Support of Motion to Dismiss (ECF Nos. 12 and 13), and the Verizon Defendants filed their Notice of Motion and Motion to Dismiss (ECF Nos. 16 and 17). On June 10, 2021, Plaintiffs filed their opposition to the TRPA Defendants' Motion to Dismiss (ECF No. 34) and their opposition to the Verizon Defendants' Motion to Dismiss (ECF No. 33). The Court vacated the hearing related to the pending Motions to Dismiss in this case (ECF No. 32). The TRPA Defendants' Reply in Support of their Motion to Dismiss and the Verizon Defendants' Reply in Support of their Motion to Dismiss are currently due on June 17, 2021.

The parties stipulate and agree that the due date for TRPA Defendants to file a Reply in Support of their Motion to Dismiss and the Verizon Defendants to file a Reply in Support of their Motion to Dismiss is extended two weeks, to and including July 1, 2021.

This is the first stipulation for extension of time related to the TRPA Defendants' and Verizon Defendants' Replies in Support of their Motions to Dismiss. This extension of time is necessary due to Defendants' counsel facing a number of conflicting deadlines and obligations, as well as the extensive arguments made in ECF Nos. 33 and 34.

Pursuant to Local Rule 144, TRPA Defendants sought this extension from Plaintiffs and the Court by way of this Stipulation and Order as soon as the need became apparent and prior to the filing due date. The parties represent that this stipulation is made in good faith and not for the purpose of delay.

///

///

**Stipulation and Order to Extend Time to File Replies to Motions to Dismiss**   Page 1

| | |
|---|---|
| DATED:  June 16, 2021 | DATED:  June 16, 2021 |
| LEONARD LAW, PC | LAW OFFICE OF ROBERT J. BERG |
| /s/ Debbie Leonard | /s/ Robert J. Berg |
| Debbie Leonard (226547)<br>955 South Virginia Street, Suite 220<br>Reno, Nevada 89502<br>(775) 964-4656<br>debbie@leonardlawpc.com | ROBERT J. BERG (*pro hac vice*)<br>17 Black Birch Lane<br>Scarsdale, NY 10583<br>(914) 522-9455<br>robertbergesq@aol.com |
| TAHOE REGIONAL PLANNING AGENCY<br>John L. Marshall (145570)<br>General Counsel<br>P.O. Box 5310<br>Stateline, NV 89449<br>(775) 588-4547<br>jmarshall@trpa.org | POLLOCK & JAMES, LLP<br>Mark S. Pollock (80539)<br>1827 Clay St., Ste. 300<br>Napa, CA 94559<br>(707) 257-3089<br>mpollock@pollockandjames.com |
| *Attorneys for TRPA Defendants* | SWANKIN & TURNER<br>Julian Gresser (50656)<br>P.O. Box 30397<br>Santa Barbara, CA 93130<br>(805) 563-3226<br>Juliangresser77@gmail.com |
| DATED:  June 16, 2021 | *Attorneys for Plaintiffs* |
| MACKENZIE & ALBRITTON LLP | |
| /s/ James A. Heard | |
| JAMES A. HEARD (114940)<br>Mark L. Mosley (136449)<br>Melanie Sengupta (244615)<br>155 Sansome Street, Suite 800<br>San Francisco, CA 94104<br>(415) 288-4000<br>jheard@mallp.com | |
| *Attorneys for Verizon Defendants* | |

**IT IS SO ORDERED.**

DATED:  June 16, 2021

_____
Troy L. Nunley
United States District Judge