ROBERT J. BERG (Admitted *pro hac vice*)
LAW OFFICE OF ROBERT J. BERG PLLC
17 Black Birch Lane
Scarsdale, New York 10583
Telephone: (914) 522-9455
Email: robertbergesq@aol.com

JULIAN B. GRESSER, State Bar No. 50656
SWANKIN & TURNER
P.O. Box 30397
Santa Barbara, CA 93130
Telephone: (805) 563-3226
Email: juliangresser77@gmail.com

GREGG R. LIEN, State Bar No. 69620
P.O. Box 7742
Tahoe City, CA 96145
Telephone: 530-583-8500
Email: lakelaw@sierratahoe.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

|  |  |
|---|---|
| MONICA EISENSTECKEN, et al., | Case No. 2:20-cv-02349-TLN-CKD |
| Plaintiffs, | **STIPULATION AND ORDER REGARDING PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** |
| vs. | |
| TAHOE REGIONAL PLANNING AGENCY, et al., | |
| Defendants. | Filed:      June 3, 2022 |
|  | Trial Date:  None Set |

Plaintiffs Monica Eisenstecken, Tahoe Stewards LLC, Tahoe for Safer Tech,

Environmental Health Trust, and David Benedict (collectively, "Plaintiffs"), and Defendants

1

Tahoe Regional Planning Agency ("TRPA"), Joanne Marchetta, in her official and individual capacities, Marsha Berkbigler, in her official and individual capacities, Sue Novasel, in her official and individual capacities, Sacramento Valley Limited Partnership, d/b/a Verizon Wireless, Guilliam Nel, and the City of South Lake Tahoe (collectively, "Defendants"), hereby stipulate as follows:

1.     On March 30, 2022, the Court issued its decision granting Plaintiffs' Motion to File a Second Amended Complaint, and directed that said Complaint be filed within 14 days.

2.     On April 11, 2022, pursuant to the Court's Order, Plaintiffs filed their Second Amended Complaint.  On April 13, 2022, newly-added defendant, the City of South Lake Tahoe was served with the Summons and the Second Amended Complaint, and the Execution of Service of the Summons was filed with the Court on April 18, 2022.

3.     On April 29, 2022, in order to conserve judicial resources and the parties' energies, time, and costs, the parties filed a Stipulation with the Court wherein Plaintiffs agreed to extend Defendants' time to answer or move against the Second Amended Complaint during the pendency of Plaintiffs' Motion for Leave to file a Third Amended Complaint, which Plaintiffs proposed to file on or before May 6, 2022.

4.     On May 6, 2022, Plaintiffs filed a Motion for Leave to file a Third Amended Complaint, pursuant to Rule 15(a) and 16 of the Federal Rules of Civil Procedure, adding allegations to the Second Amended Complaint.

5.     On May 18, 2022, Defendants filed a Notice of Non-Opposition to Plaintiffs' Motion for Leave to file a Third Amended Complaint.  Defendants stated that their non-opposition "should not be construed as a reflection on the merits of the proposed third amended complaint or whether it complies with the pleading requirements.  Defendants expressly reserve any and all defenses to the claims in the third amended complaint and all bases for dismissal

2

thereof."

6.      On May 20, 2022, the Court submitted Plaintiffs' Motion for Leave to File a Third Amended Complaint without oral argument, and vacated the hearing set for June 16, 2022.  In its Minute Order entered on May 20, 2022, the Court stated: "In light of the unopposed nature of the motion and the Court's heavy caseload, the Court advises the parties that if they wish for a decision in a shorter time frame they should consider submitting a stipulation to amend in place of the motion.  The parties will not be penalized in any way for not filing a stipulation."

7.      Due to the length and complexity of the Third Amended Complaint and the time constraints imposed by other matters, Defendants need forty-five (45) days in which to respond to the Third Amended Complaint.

WHEREFORE, in order to reduce the Court's heavy workload and improve judicial efficiency in the handling of this litigation, and pursuant to the Court's May 20, 2022 Order, the parties stipulate that:

A.      Plaintiffs are hereby granted leave to file the proposed Third Amended Complaint, attached as Exhibit 1 to their Motion for Leave to File Third Amended Complaint, filed with the Court on May 6, 2022 (Docket Entry #53, Exhibit 1), within ten (10) days of the Court's entry of an order approving this Stipulation.

B.      Defendants shall have forty-five (45) days from the date of filing of the Third Amended Complaint with the Court to answer or move against the Third Amended Complaint.

Dated: June 3, 2022

*/s/ Julian Gresser*
Julian Gresser
Swankin & Turner
Attorney for Plaintiffs
MONICA EISENSTECKEN, TAHOE
STEWARDS, LLC, TAHOE FOR SAFER TECH,
DAVID BENEDICT,
and ENVIRONMENTAL HEALTH TRUST

1

2
_/s/ Debbie Leonard_
Debbie Leonard
3
Attorney for Defendants
TAHOE REGIONAL PLANNING AGENCY,
JOANNE MARCHETTA, MARSHA
4
BERKBIGLER, and SUE NOVASEL
5
MACKENZIE & ALBRITTON LLP
6

7
_/s/ James A. Heard_
JAMES A. HEARD
8
Attorneys for Defendants
SACRAMENTO VALLEY LIMITED
9
PARTNERSHIP, d/b/a VERIZON WIRELESS and
GUILLIAM NEL
10

11
_/s/ Heather Stroud_
HEATHER STROUD
12
City Attorney
CITY OF SOUTH LAKE TAHOE
13

14
SO ORDERED:

Dated: June 9, 2022
15

16

17
Troy L. Nunley
United States District Judge
18

19

20

21

22

23

24

25

26

27

28

4