JAMES A. HEARD, State Bar No. 114940
MARK L. MOSLEY, State Bar No. 136449
MELANIE SENGUPTA, State Bar No. 244615
MACKENZIE & ALBRITTON LLP
155 Sansome Street, Suite 800
San Francisco, CA 94104
Telephone: (415) 288-4000
Facsimile: (415) 288-4010
Emails:  jheard@mallp.com
         mmosleyesq@gmail.com
         m.sengupta@mallp.com

Attorneys for Defendants SACRAMENTO-VALLEY LIMITED PARTNERSHIP, d/b/a VERIZON WIRELESS and GUILLIAM NEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MONICA EISENSTECKEN, et al.,<br><br>              Plaintiffs,<br><br>    vs.<br><br>TAHOE REGIONAL PLANNING AGENCY, et al.,<br><br>              Defendants. | Case No. 2:20-cv-02349-TLN-CKD<br><br>**STIPULATION AND ORDER TO EXPAND PAGE LIMITS FOR MOTIONS TO DISMISS THIRD AMENDED COMPLAINT**<br><br>Filed:     November 24, 2020<br>Trial Date: None Set |

   Plaintiffs Monica Eisenstecken, David Bendict, Tahoe Stewards, LLC, Tahoe for Safer Tech, and Environmental Health Trust, and Defendants Tahoe Regional Planning Agency, Joanne Marchetta, in her official and individual capacities, Marsha Berkbigler, in her official and individual capacities, Sue Novasel, in her official and representative capacities, Guilliam Nel,

and Sacramento Valley Limited Partnership, doing business as Verizon Wireless ("Verizon Wireless"), collectively, the "Stipulating Parties," stipulate as follows:

1. The Plaintiffs filed their Third Amended Complaint, Petition for Writ of Mandate, Declaratory Relief, Injunctive Relief, and Damages on June 10, 2022 (Dkt. 60) (the "TAC").

2. Defendants intend to file one or more motions to dismiss the TAC. Due to the length and complexity of the complaint, which is over 100 pages and contains 13 causes of action, the Stipulating Parties believe that briefs in support of and opposition to the motion(s) to dismiss will require more pages than the Court's standing order would normally permit. In order to allow adequate presentation of the issues, the Stipulating Parties request that the Court allow up to 30 pages for any motion to dismiss or opposition, and up to 15 pages for reply briefs in support of any motion to dismiss.

IT IS SO STIPULATED.

Dated: June 28, 2022

  /s/ Julian Gresser (as authorized on 6/28/22)
JULIAN GRESSER
Attorney for Plaintiffs
MONICA EISENSTECKEN, DAVID BENEDICT, TAHOE STEWARDS, LLC, TAHOE FOR SAFER TECH, and ENVIRONMENTAL HEALTH TRUST

  /s/ Debbie Leonard (as authorized on 6/28/22)
DEBBIE LEONARD
Attorney for Defendants
TAHOE REGIONAL PLANNING AGENCY, JOANNE MARCHETTA, MARSHA BERKBIGLER, and SUE NOVASEL

  /s/ Heather Stroud (as authorized on 6/28/22)
HEATHER STROUD
City Attorney
CITY OF SOUTH LAKE TAHOE

MACKENZIE & ALBRITTON LLP

/s/ James A. Heard
JAMES A. HEARD
Attorneys for Defendants
SACRAMENTO VALLEY LIMITED PARTNERSHIP, d/b/a VERIZON WIRELESS and GUILLIAM NEL

**ORDER**

Pursuant to stipulation of the parties, and good cause being shown, it is hereby ORDERED and ADJUDGED that:

1. For any motion to dismiss the TAC, the following page limits shall apply: 30 pages for opening and opposition briefs, and 15 pages for reply briefs.

IT IS SO ORDERED.

Dated: June 29, 2022

Troy L. Nunley
United States District Judge