JAMES A. HEARD, State Bar No. 114940
MARK L. MOSLEY, State Bar No. 136449
MELANIE SENGUPTA, State Bar No. 244615
MACKENZIE & ALBRITTON LLP
155 Sansome Street, Suite 800
San Francisco, CA 94104
Telephone: (415) 288-4000
Facsimile: (415) 288-4010
Emails:       jheard@mallp.com
              mmosleyesq@gmail.com
              m.sengupta@mallp.com

Attorneys for Defendants SACRAMENTO-VALLEY LIMITED PARTNERSHIP, d/b/a VERIZON WIRELESS and GUILLIAM NEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MONICA EISENSTECKEN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>TAHOE REGIONAL PLANNING AGENCY, et al.,<br><br>Defendants. | Case No. 2:20-cv-02349-TLN-CKD<br><br>**NOTICE OF MOTION AND MOTION BY DEFENDANTS VERIZON WIRELESS AND GUILLIAM NEL TO DISMISS THIRD AMENDED COMPLAINT**<br><br>Date: September 22, 2022<br>Time: 2:00 p.m.<br>Courtroom: 2<br>Judge: Hon. Troy L. Nunley |

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on Thursday, September 22, 2022, at 2:00 p.m., or as soon thereafter as this motion may be heard, in the courtroom of the Honorable Troy L. Nunley, in the United States District Court for the Eastern District of California, located at 501 I Street, Courtroom 2, Sacramento, California, defendants Sacramento-Valley Limited Partnership, doing business as Verizon Wireless ("Verizon"), and Guilliam Nel, will and hereby do move to dismiss the third amended complaint (ECF No. 60) (the "TAC").  This motion is brought on the grounds that plaintiffs' claims are preempted by federal law, untimely, moot, and otherwise fail to state a plausible claim for relief.  In addition, the TAC violates the requirement for a "short and plain statement of the claim" under Federal Rule of Civil Procedure 8.

This motion is made pursuant to Federal Rules of Civil Procedure 8, 12(b)(1), 12(b)(6), and 41(b), and is based on this Notice of Motion and Motion, the supporting brief filed herewith, any oral argument to be heard by the Court, matters as to which the Court takes judicial notice, and such other matters as the Court deems proper.

Pursuant to Federal Rule of Civil Procedure 12(g)(1), defendants Verizon Wireless and Guilliam Nel join the motions to dismiss the TAC filed by Defendants Tahoe Regional Planning Agency, et al. (ECF No. 66) and the City of South Lake Tahoe (ECF No. 63-1), and all briefs, other materials, and arguments submitted in support of those motions.

Dated: July 25, 2022

MACKENZIE & ALBRITTON LLP

/s/ James A. Heard
JAMES A. HEARD
Attorneys for Defendants
SACRAMENTO VALLEY LIMITED
PARTNERSHIP, d/b/a VERIZON WIRELESS
and GUILLIAM NEL