ROBERT J. BERG (Admitted *pro hac vice*)
LAW OFFICE OF ROBERT J. BERG PLLC
17 Black Birch Lane
Scarsdale, New York 10583
Telephone: (914) 522-9455
Email: robertbergesq@aol.com

JULIAN B. GRESSER, State Bar No. 50656
SWANKIN & TURNER
P.O. Box 30397
Santa Barbara, CA 93130
Telephone: (805) 563-3226
Email: juliangresser77@gmail.com

GREGG R. LIEN, State Bar No. 69620
P.O. Box 7742
Tahoe City, CA 96145
Telephone: 530-583-8500
Email: lakelaw@sierratahoe.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MONICA EISENSTECKEN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>TAHOE REGIONAL PLANNING AGENCY, et al.,<br><br>Defendants. | Case No. 2:20-cv-02349-TLN-CKD<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANTS' MOTIONS TO DISMISS THIRD AMENDED COMPLAINT**<br><br>Case filed:  November 24, 2020<br>Trial Date:  None Set |

Plaintiffs Monica Eisenstecken, Tahoe Stewards LLC, Tahoe for Safer Tech, Environmental Health Trust, and David Benedict (collectively, "Plaintiffs"), and Defendants

1

Tahoe Regional Planning Agency ("TRPA"), Joanne Marchetta, in her official and individual capacities, Marsha Berkbigler, in her official and individual capacities, Sue Novasel, in her official and individual capacities, Sacramento Valley Limited Partnership, d/b/a Verizon Wireless, Guilliam Nel, and the City of South Lake Tahoe (collectively, "Defendants"), hereby stipulate as follows:

1. On June 9, 2022, the Court entered a Stipulation and Order (ECF #59) granting Plaintiffs' Motion to amend the complaint for a third time, and extending the time for Defendants to answer or move against the Third Amended Complaint to forty-five (45) days after its filing.

2. On June 10, 2022, Plaintiffs filed and served their Third Amended Complaint (ECF#60).

3. On June 30, 2022, the Court entered a Stipulation and Order (ECF#61) expanding the page limits for the briefing on the motions to dismiss.

4. On July 25, 2022, pursuant to the terms of the June 9 Stipulation and Order, all Defendants moved to dismiss the Third Amended Complaint, setting a hearing date of September 22, 2022.  Defendants filed three separate motions to dismiss (ECF #s 63, 64, and 67), representing the three separate defendant entities and related individual defendants.

5. Because of the number and complexity of the motions to dismiss, Plaintiffs require more time to submit their papers in opposition to these motions than the Local Rules provide.  Because of the length of the complaint and the number of claims raised, Defendants require more time to submit their reply briefs in support of the motions to dismiss than the Local Rules provide.  Plaintiffs' counsel and Defendants' counsel have conferred and agreed upon a briefing schedule and hearing date that will accommodate both sides.

6. Except for the extension described in paragraph 1 above, neither Plaintiffs nor Defendants have sought any prior extensions with respect to the motions to dismiss the Third

Amended Complaint.

WHEREFORE, in order to provide for the timely briefing of the motions to dismiss, the parties have proposed, and the Court so orders, the following schedule:

A. Plaintiffs shall file their papers in opposition to the motions to dismiss the Third Amended Complaint on or before September 9, 2022.

B. Defendants shall file their reply papers in further support of their motions to dismiss the Third Amended Complaint on or before October 5, 2022.

C. The Court sets a hearing on the motions to dismiss for October 20, 2022 at 2:00 p.m. in Courtroom 2.

Dated: August 5, 2022

*/s/ Julian Gresser*

Julian Gresser
Swankin & Turner
Attorney for Plaintiffs
MONICA EISENSTECKEN, TAHOE STEWARDS, LLC, TAHOE FOR SAFER TECH, DAVID BENEDICT,
and ENVIRONMENTAL HEALTH TRUST

*/s/ Debbie Leonard*
Debbie Leonard
Attorney for Defendants
TAHOE REGIONAL PLANNING AGENCY, JOANNE MARCHETTA, MARSHA BERKBIGLER, and SUE NOVASEL

MACKENZIE & ALBRITTON LLP

*/s/ James A. Heard*
JAMES A. HEARD
Attorneys for Defendants
SACRAMENTO VALLEY LIMITED PARTNERSHIP, d/b/a VERIZON WIRELESS and GUILLIAM NEL

3

|   |   |
|---|---|
|   | */s/ Heather Stroud*<br>HEATHER STROUD<br>City Attorney<br>CITY OF SOUTH LAKE TAHOE |

**IT IS SO ORDERED.**

Dated: August 8, 2022

Troy L. Nunley
United States District Judge