ROBERT J. BERG (Admitted *pro hac vice*)
LAW OFFICE OF ROBERT J. BERG PLLC
19 Carriage House Lane
Mamaroneck, New York 10543
Telephone: (914) 522-9455
Email: robertbergesq@aol.com

JULIAN GRESSER, State Bar No. 50656
P.O. Box 30397
Santa Barbara, CA 93130
Telephone: (805) 708-1864
Email: juliangresser77@gmail.com

GREGG R. LIEN, State Bar No. 69620
P.O. Box 7742
Tahoe City, CA 96145
Telephone: (916) 583-8542
Email: lakelaw@sierratahoe.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MONICA EISENSTECKEN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> TAHOE REGIONAL PLANNING AGENCY, et al., <br><br> Defendants. | Case No. 2:20-cv-02349-DJC-CKD <br><br> **STIPULATION REGARDING EXTENSION OF TIME TO FILE AND RESPOND TO PLAINTIFFS' FOURTH AMENDED COMPLAINT** <br><br><br> Filed:      June 12, 2025 <br> Trial Date: None Set |

Plaintiffs Monica Eisenstecken, Tahoe Stewards LLC, Tahoe for Safer Tech, Environmental Health Trust, and David Benedict (collectively, "Plaintiffs"), and Defendants Tahoe Regional Planning Agency ("TRPA"), Joanne Marchetta, in her official and individual capacities, Marsha Berkbigler, in her official and individual capacities, Sue Novasel, in her official and individual capacities, and Sacramento Valley Limited Partnership, d/b/a Verizon Wireless ("Verizon"), Gilliam Nel (collectively, "Defendants"), hereby stipulate as follows:

1. On May 28, 2025, the Court entered an Order, signed May 27, 2025, granting the City of South Lake Tahoe's motion to dismiss; TRPA's motion to dismiss, and Verizon's motion to dismiss (ECF No. 99). The Court granted Plaintiffs leave to file an amended complaint only as to the First, Second, Third, Fourth, Sixth, Seventh, and Eight Causes of Action, and directed that if Plaintiffs elect to file an amended complaint, they must do so within twenty days of the Court's Order, entered on May 28, 2025.

2. Plaintiffs have informed Defendants that they intend to file a Fourth Amended

Complaint pursuant to the Court's Order.

3. Plaintiffs represent that due to health issues affecting two of plaintiffs' counsel and scheduling issues affecting a third plaintiffs' counsel, Plaintiffs request an extension of time until August 1, 2025 to file their Fourth Amended Complaint.

4. Plaintiffs' counsel have spoken with counsel for the TRPA and the individual defendants related thereto about the extension, and counsel for TRPA has consented to the requested extension.

5. Plaintiffs' counsel have communicated with counsel for Verizon and Nel, even though the Court has dismissed Verizon and Nel from the litigation. Verizon and Nel do not oppose the requested extension.

WHEREFORE, the parties stipulate that:

A. Plaintiffs are hereby granted leave to file the proposed Fourth Amended Complaint on or before August 1, 2025.

B. Defendants shall file their response(s) to the Fourth Amended Complaint on or before September 12, 2025.

Dated: June 12, 2025

          LAW OFFICE OF JULIAN GRESSER

*/s/ Julian Gresser*
JULIAN GRESSER
Attorney for Plaintiffs
MONICA EISENSTECKEN, TAHOE STEWARDS, LLC, TAHOE FOR SAFER TECH, DAVID BENEDICT,
and ENVIRONMENTAL HEALTH TRUST

GREGG R. LIEN
*/s/ Gregg R. Lien*
Attorney for Plaintiffs
MONICA EISENSTECKEN, TAHOE STEWARDS, LLC, TAHOE FOR SAFER TECH, DAVID BENEDICT,
and ENVIRONMENTAL HEALTH TRUST

LAW OFFICE OF ROBERT J. BERG PLLC
*/s/ Robert J. Berg*
Attorney for Plaintiffs
MONICA EISENSTECKEN, TAHOE STEWARDS, LLC, TAHOE FOR SAFER TECH, DAVID BENEDICT,
and ENVIRONMENTAL HEALTH TRUST

MACKENZIE & ALBRITTON LLP
*/s/ Melanie Sengupta*
MELANIE SENGUPTA
Attorneys for Defendants
SACRAMENTO VALLEY LIMITED PARTNERSHIP, d/b/a VERIZON WIRELESS and GUILLIAM NEL

LEONARD LAW, PC
*/s/ Debbie A. Leonard*
Debbie A. Leonard
Attorneys for TRPA Defendants

SO ORDERED:

Dated: June 13, 2025       /s/ Daniel J. Calabretta
                                    THE HONORABLE DANIEL J. CALABRETTA
                                    UNITED STATES DISTRICT JUDGE