1  Debbie Leonard (#226547)
   Leonard Law, PC
2  955 South Virginia Street, Suite 220
   Reno, Nevada 89502
3  (775) 964-4656
4  debbie@leonardlawpc.com

5  Graham St. Michel (#261882)
   General Counsel
6  Tahoe Regional Planning Agency
   128 Market St
7  Stateline, NV 89449
   530-556-6127
8  gstmichel@trpa.gov

9  *Attorneys for Tahoe Regional Planning Agency,
   Joanne Marchetta, Marsha Berkbigler and Sue*
10 *Novasel*

11              UNITED STATES DISTRICT COURT

12              EASTERN DISTRICT OF CALIFORNIA

13

14 | MONICA EISENTECKEN, TAHOE STEWARDS, LLC, DAVID BENEDICT, ANGELA LYNN BENEDICT, SUCCESSOR IN INTEREST, TAHOE FOR SAFER TECH, and ENVIRONMENTAL HEALTH TRUST, | 2:20-cv-02349-DJC-CKD |

   Plaintiffs,

   v.                                              **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSES TO THE FOURTH AMENDED COMPLAINT**

   TAHOE REGIONAL PLANNING AGENCY; JOANNE MARCHETTA, in her official and individual capacities, MARSHA BERKBIGLER in her official and individual capacities; SUE NOVASEL, in her official and representative capacities; GUILLIAM NEL; and SACRAMENTO-VALLEY LIMITED PARTNERSHIP dba VERIZON WIRELESS,

          Defendants.

Pursuant to Local Rule 144, Plaintiffs Monica Eisenstecken, Tahoe Stewards, LLC, David Benedict, Angela Lynn Benedict, Successor in Interest, Tahoe for Safer Tech and Environmental Health Trust (collectively, "Plaintiffs"), and Defendants Tahoe Regional Planning Agency, Joanne Marchetta, Marsha Berkbigler and Sue Novasel (collectively, the "TRPA Defendants") and Nominal Defendants Guilliam Nel and Sacramento-Valley Limited Partnership dba Verizon Wireless (collectively, the "Verizon Defendants"), through their respective undersigned counsel, stipulate and agree as follows:

On July 31, 2025, Plaintiffs filed their document titled "Fourth Amended Complaint, Petition for Writ of Mandate, Declaratory Relief and Injunctive Relief" (the "Fourth Amended Complaint," ECF No. 103).

Pursuant to the Court's Order (ECF No. 102), Defendants' and Nominal Defendants' response(s), if any, to the Fourth Amended Complaint are due on or before September 12, 2025.

Plaintiffs and the TRPA Defendants are currently in settlement discussions that, if successful, would result in the dismissal of this action with prejudice. To allow these parties to dedicate their time and resources towards a potential settlement, rather than in furtherance of continued litigation, the parties seek to extend the existing deadline for Defendants and Nominal Defendants to respond to the Fourth Amended Complaint.

NOW THEREFORE,

The parties stipulate and agree that the due date for all Defendants and Nominal Defendants to respond to the Fourth Amended Complaint shall be extended by 28 days. All Defendants and Nominal Defendants shall file their response(s), if any, to the Fourth Amended Complaint on or before October 10, 2025.

If the parties need additional time to engage in further settlement discussions, they will file a future stipulation for extension of time on or before October 10, 2025.

The parties represent that this stipulation is made in good faith and not for the purpose of delay.

///

**Stipulation and Order to Extend Time to File Responses to the Fourth Amended Complaint**

Page 1

| | |
|---|---|
| DATED: August 19, 2025 | DATED: August 19, 2025 |
| LEONARD LAW, PC | LAW OFFICE OF ROBERT J. BERG |
| /s/ Debbie Leonard | /s/ Robert J. Berg (as authorized on 8/19/2025) |
| DEBBIE LEONARD (#226547) | ROBERT J. BERG (*pro hac vice*) |
| 955 South Virginia Street, Suite 220 | Law Office of Robert J. Berg PLLC |
| Reno, Nevada 89502 | 19 Carriage House Lane |
| (775) 964-4656 | Mamaroneck, New York 10543 |
| debbie@leonardlawpc.com | (914) 522-9455 |
| | robertbergesq@aol.com |
| Graham St. Michel (#261882) | |
| General Counsel | Julian Gresser (#50656) |
| Tahoe Regional Planning Agency | P.O. Box 30397 |
| 128 Market St | Santa Barbara, CA 93130 |
| Stateline, NV 89449 | (805) 563-3226 |
| 530-556-6127 | Juliangresser77@gmail.com |
| gstmichel@trpa.gov | |
| *Attorneys for TRPA Defendants* | Gregg Lien (#69620) |
| | Attorney at Law |
| | P.O. Box 7442 |
| DATED: August 19, 2025 | Tahoe City, CA 96145 |
| | 530-583-8500 |
| MACKENZIE & ALBRITTON LLP | lakelaw@sierratahoe.net |
| /s/ Melanie Sengupta (as authorized on 8/19/2025) | *Attorneys for Plaintiffs* |
| MELANIE SENGUPTA (#244615) | |
| 155 Sansome Street, Suite 620 | |
| San Francisco, CA 94104 | |
| (415) 288-4000 | |
| m.sengupta@mallp.com | |
| *Attorneys for Verizon Defendants* | |

IT IS SO ORDERED.

Dated: August 19, 2025         /s/ Daniel J. Calabretta
                               THE HONORABLE DANIEL J. CALABRETTA
                               UNITED STATES DISTRICT JUDGE

**Stipulation and Order to Extend Time to File Responses to Fourth Amended Complaint**

**Page 2**