1  Debbie Leonard (#226547)
   Leonard Law, PC
2  955 South Virginia Street, Suite 220
   Reno, Nevada 89502
3  (775) 964-4656
4  debbie@leonardlawpc.com

5  Graham St. Michel (#261882)
   General Counsel
6  Tahoe Regional Planning Agency
   128 Market St
7  Stateline, NV 89449
   530-556-6127
8  gstmichel@trpa.gov

9  *Attorneys for Tahoe Regional Planning Agency,*
   *Joanne Marchetta, Marsha Berkbigler and Sue*
10 *Novasel*

11              UNITED STATES DISTRICT COURT

12              EASTERN DISTRICT OF CALIFORNIA

13

14 MONICA EISENTECKEN, TAHOE                  2:20-cv-02349-DJC-CKD
   STEWARDS, LLC, DAVID BENEDICT,
15 ANGELA LYNN BENEDICT, SUCCESSOR
   IN INTEREST, TAHOE FOR SAFER TECH,
16 and ENVIRONMENTAL HEALTH TRUST,

17              Plaintiffs,

18 v.                                         **STIPULATION AND ORDER TO
                                              EXTEND TIME TO FILE
19 TAHOE REGIONAL PLANNING                    RESPONSES TO THE
   AGENCY; JOANNE MARCHETTA, in her           FOURTH AMENDED COMPLAINT**
20 official and individual capacities, MARSHA (THIRD REQUEST)
   BERKBIGLER in her official and individual
21 capacities; SUE NOVASEL, in her official
   and representative capacities; GUILLIAM
22 NEL; and SACRAMENTO-VALLEY
   LIMITED PARTNERSHIP dba VERIZON
23 WIRELESS,

24              Defendants.

25

26

27

28

Leonard Law, PC

955 South Virginia Street, Suite 220 | Reno, Nevada 89502
775-964-4656 | Debbie@leonardlawpc.com

Pursuant to Local Rule 144 and the Court's Orders on the parties' prior stipulations (ECF Nos. 105, 107), Plaintiffs Monica Eisenstecken, Tahoe Stewards, LLC, David Benedict, Angela Lynn Benedict, Successor in Interest, Tahoe for Safer Tech and Environmental Health Trust (collectively, "Plaintiffs"), and Defendants Tahoe Regional Planning Agency, Joanne Marchetta, Marsha Berkbigler and Sue Novasel (collectively, the "TRPA Defendants") and Nominal Defendants Guilliam Nel and Sacramento-Valley Limited Partnership dba Verizon Wireless (collectively, the "Verizon Defendants"), through their respective undersigned counsel, stipulate and agree as follows:

On July 31, 2025, Plaintiffs filed their document titled "Fourth Amended Complaint, Petition for Writ of Mandate, Declaratory Relief and Injunctive Relief" (the "Fourth Amended Complaint," ECF No. 103).

This is the parties' third request for an extension of time to file responses to the Fourth Amended Complaint. On the parties' previous stipulations, the Court granted Defendants and Nominal Defendants two consecutive 28-day extensions of time to respond to the Fourth Amended Complaint ("Previous Extensions," ECF Nos. 105, 107). Pursuant to the Previous Extensions, Defendants' and Nominal Defendants' response(s), if any, to the Fourth Amended Complaint are currently due on or before November 7, 2025. The second extension states, "If the parties need additional time to engage in further settlement discussions, they will file a future stipulation for extension of time on or before November 7, 2025." (ECF No. 107). The parties file this third request in compliance with that language.

Plaintiffs and the TRPA Defendants continue to engage in settlement discussions that, if successful, would result in the dismissal of this action with prejudice. As a result of and to further facilitate those settlement discussions, the parties have filed a stipulation to dismiss Nominal Defendant Guilliam Nel from the action without prejudice (ECF No. 108). Additional time is needed to consider and discuss settlement proposals and to have those vetted through TRPA's processes, including consideration by the TRPA Board and to account for the intervening holidays. Based on the Board's meeting schedule and the steps that would be

Leonard Law, PC

955 South Virginia Street, Suite 220 | Reno, Nevada 89502
775-964-4656 | Debbie@leonardlaw.com

needed to have a settlement vetted and approved, and to allow these parties to dedicate their time and resources towards a potential settlement, rather than in furtherance of continued litigation, the parties seek to extend the existing deadline for Defendants and the remaining Nominal Defendant to respond to the Fourth Amended Complaint.

NOW THEREFORE,

The parties stipulate and agree that the due date for all Defendants and Nominal Defendants to respond to the Fourth Amended Complaint shall be extended by 147 days. All Defendants and Nominal Defendants shall file their response(s), if any, to the Fourth Amended Complaint on or before April 3, 2026.

If the parties need additional time to engage in further settlement discussions or finalize any settlement, they will file a future stipulation for extension of time on or before April 3, 2026.

[*Continued on following page*]

///

///

///

///

///

///

///

///

///

///

Leonard Law, PC

955 South Virginia Street, Suite 220 | Reno, Nevada 89502
775-964-4656 | Debbie@leonardlawpc.com

1        The parties represent that this stipulation is made in good faith and not for the purpose

2   of delay.

3   DATED:  November 4, 2025                    DATED: November 4, 2025

4   LEONARD LAW, PC                            LAW OFFICE OF ROBERT J. BERG

5
     */s/ Debbie Leonard*                        */s/ Robert J. Berg (as authorized on 10/30/2025)*
6   DEBBIE LEONARD (#226547)                   ROBERT J. BERG (*pro hac vice*)
    955 South Virginia Street, Suite 220       Law Office of Robert J. Berg PLLC
7   Reno, Nevada 89502                         19 Carriage House Lane
    (775) 964-4656                             Mamaroneck, New York 10543
8   debbie@leonardlawpc.com                    (914) 522-9455
                                               robertbergesq@aol.com
9
    Graham St. Michel (#261882)                Julian Gresser (#50656)
10  General Counsel                            P.O. Box 30397
    Tahoe Regional Planning Agency             Santa Barbara, CA 93130
11  128 Market St                              (805) 563-3226
    Stateline, NV 89449                        Juliangresser77@gmail.com
12  530-556-6127
    gstmichel@trpa.gov
13                                             Gregg Lien (#69620)
                                               Attorney at Law
14  *Attorneys for TRPA Defendants*            P.O. Box 7442
                                               Tahoe City, CA 96145
15  DATED: November 4, 2025                    530-583-8500
                                               lakelaw@sierratahoe.net
16  MACKENZIE & ALBRITTON LLP

17                                             *Attorneys for Plaintiffs*
     */s/ Melanie Sengupta (as authorized on 11/4/2025)*
18  MELANIE SENGUPTA (#244615)
    155 Sansome Street, Suite 620
19  San Francisco, CA 94104
    (415) 288-4000
20  m.sengupta@mallp.com

21
22  *Attorneys for Verizon Defendants*

    **IT IS SO ORDERED.**
23

24

25  Dated:  November 5, 2025               _____/s/ Daniel J. Calabretta_____

26                                         The Honorable Daniel J. Calabretta
                                           United States District Judge
27

28       **Stipulation and Order to Extend Time to File Responses to Fourth Amended Complaint**
                                     **(THIRD REQUEST)**

                                          **Page 3**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Leonard Law, PC

955 South Virginia Street, Suite 220 | Reno, Nevada 89502
775-964-4656 | Debbie@leonardlawpc.com

**Stipulation and Order to Extend Time to File Responses to Fourth Amended Complaint (THIRD REQUEST)**

**Page 4**