Debbie Leonard (#226547)
Leonard Law, PC
955 South Virginia Street, Suite 220
Reno, Nevada 89502
(775) 964-4656
debbie@leonardlawpc.com

Graham St. Michel (#261882)
General Counsel
Tahoe Regional Planning Agency
128 Market St
Stateline, NV 89449
530-556-6127
gstmichel@trpa.gov

*Attorneys for Tahoe Regional Planning Agency,
Joanne Marchetta, Marsha Berkbigler and Sue
Novasel*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA EISENTECKEN, TAHOE STEWARDS, LLC, DAVID BENEDICT, ANGELA LYNN BENEDICT, SUCCESSOR IN INTEREST, TAHOE FOR SAFER TECH, and ENVIRONMENTAL HEALTH TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>TAHOE REGIONAL PLANNING AGENCY; JOANNE MARCHETTA, in her official and individual capacities, MARSHA BERKBIGLER in her official and individual capacities; SUE NOVASEL, in her official and representative capacities; GUILLIAM NEL; and SACRAMENTO-VALLEY LIMITED PARTNERSHIP dba VERIZON WIRELESS,<br><br>Defendants. | 2:20-cv-02349-DJC-CKD<br><br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSES TO THE FOURTH AMENDED COMPLAINT**<br>(FOURTH REQUEST) |

Leonard Law, PC
955 South Virginia Street, Suite 220 | Reno, Nevada 89502
775-964-4656 | Debbie@leonardlawpc.com

Leonard Law, PC

955 South Virginia Street, Suite 220 | Reno, Nevada 89502
775-964-4656 | Debbie@leonardlawpc.com

Pursuant to Local Rule 144 and the Court's Orders on the parties' prior stipulations (ECF Nos. 105, 107, 110), Plaintiffs Monica Eisenstecken, Tahoe Stewards, LLC, David Benedict, Angela Lynn Benedict, Successor in Interest, Tahoe for Safer Tech and Environmental Health Trust (collectively, "Plaintiffs"), and Defendants Tahoe Regional Planning Agency, Joanne Marchetta, Marsha Berkbigler and Sue Novasel (collectively, the "TRPA Defendants") and Nominal Defendant Sacramento-Valley Limited Partnership dba Verizon Wireless (the "Verizon Defendants"), through their respective undersigned counsel, stipulate and agree as follows:

On July 31, 2025, Plaintiffs filed their document titled "Fourth Amended Complaint, Petition for Writ of Mandate, Declaratory Relief and Injunctive Relief" (the "Fourth Amended Complaint," ECF No. 103).

This is the parties' fourth request for an extension of time to file responses to the Fourth Amended Complaint. On the parties' previous stipulations, the Court granted Defendants and Nominal Defendants two consecutive 28-day extensions of time and then a 147-day extension of time to respond to the Fourth Amended Complaint ("Previous Extensions," ECF Nos. 105, 107, 110). Pursuant to the Previous Extensions, Defendants' and Nominal Defendants' response(s), if any, to the Fourth Amended Complaint are currently due on or before April 3, 2026. The third extension states, "If the parties need additional time to engage in further settlement discussions, they will file a future stipulation for extension of time on or before April 3, 2026." (ECF No. 110). The parties file this fourth request in compliance with that language.

Plaintiffs and the TRPA Defendants continue to engage in productive settlement discussions that, if successful, would result in the dismissal of this action with prejudice. As a result of and to further facilitate those settlement discussions, the parties have filed a stipulation to dismiss Nominal Defendant Guilliam Nel from the action without prejudice (ECF No. 108). Plaintiffs and the TRPA Defendants have tentatively reached agreement on proposed settlement terms that involve a proposed amendment to TRPA's Code of Ordinances. Additional time is

**Stipulation and Order to Extend Time to File Responses to the Fourth Amended Complaint**
**(FOURTH REQUEST)**

**Page 1**

needed to have the settlement terms vetted through TRPA's processes, including consideration by the TRPA Advisory Planning Commission and Board of Governors. Based on the meeting schedule and the steps that would be needed to have a settlement vetted and approved, including the public process needed for an amendment to TRPA's Code of Ordinances, and to allow the parties to dedicate their time and resources towards a potential settlement, rather than in furtherance of continued litigation, the parties seek to extend the existing deadline for Defendants and the remaining Nominal Defendant to respond to the Fourth Amended Complaint.

The parties believe that the proposed extension will contribute to the efficient conduct and resolution of this case and will best conserve the resources of the parties and the Court.

NOW THEREFORE,

The parties stipulate and agree that the due date for all Defendants and Nominal Defendants to respond to the Fourth Amended Complaint shall be extended by an additional 119 days. All Defendants and Nominal Defendants shall file their response(s), if any, to the Fourth Amended Complaint on or before July 31, 2026.

If the parties need additional time to engage in further settlement discussions or finalize any settlement, they will file a future stipulation for extension of time on or before July 31, 2026.

[*Continued on following page*]

///

///

///

///

///

///

**Stipulation and Order to Extend Time to File Responses to Fourth Amended Complaint**
**(FOURTH REQUEST)**

**Page 2**

Leonard Law, PC
955 South Virginia Street, Suite 220 | Reno, Nevada 89502
775-964-4656 | Debbie@leonardlawpc.com

The parties represent that this stipulation is made in good faith and not for the purpose of delay.

DATED:  March 17, 2026

LEONARD LAW, PC

 /s/ Debbie Leonard
DEBBIE LEONARD (#226547)
955 South Virginia Street, Suite 220
Reno, Nevada 89502
(775) 964-4656
debbie@leonardlawpc.com

Graham St. Michel (#261882)
General Counsel
Tahoe Regional Planning Agency
128 Market St
Stateline, NV 89449
530-556-6127
gstmichel@trpa.gov

Attorneys for TRPA Defendants

DATED: March 17, 2026

MACKENZIE & ALBRITTON LLP

 /s/ Melanie Sengupta (as authorized on 3/17/2026)
MELANIE SENGUPTA (#244615)
155 Sansome Street, Suite 620
San Francisco, CA 94104
(415) 288-4000
m.sengupta@mallp.com

Attorneys for Verizon Defendants

DATED: March 17, 2026

LAW OFFICE OF ROBERT J. BERG

 /s/ Robert J. Berg (as authorized on 3/12/2026)
ROBERT J. BERG (pro hac vice)
Law Office of Robert J. Berg PLLC
19 Carriage House Lane
Mamaroneck, New York 10543
(914) 522-9455
robertbergesq@aol.com

Julian Gresser (#50656)
P.O. Box 30397
Santa Barbara, CA 93130
(805) 563-3226
Juliangresser77@gmail.com

Gregg Lien (#69620)
Attorney at Law
P.O. Box 7442
Tahoe City, CA 96145
530-583-8500
lakelaw@sierratahoe.net

Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated:  March 18, 2026          /s/ Daniel J. Calabretta
                                THE HONORABLE DANIEL J. CALABRETTA
                                UNITED STATES DISTRICT JUDGE

**Stipulation and Order to Extend Time to File Responses to Fourth Amended Complaint**
**(FOURTH REQUEST)**

**Page 3**

Leonard Law, PC

955 South Virginia Street, Suite 220 | Reno, Nevada 89502
775-964-4656 | Debbie@leonardlawpc.com